**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**Case Number:**

**SHARKICA HARRIS,**

**Plaintiff;**

**v.**

**GEO CARE, LLC a corporation doing Business in Florida,**

**Defendant.**
**_________________________________________/**

## PLAINTIFF'S COMPLAINT AND JURY TRIAL DEMAND

Plaintiff, Sharkica Harris, by and through her undersigned attorney, complains against Defendant, Geo Care, LLC, and states as follows in support thereof:

## NATURE OF THE ACTION

1. This is an action brought pursuant to the Civil Rights Act of 1964, 78 Stat. 241, as well as the Florida Civil Rights Act Florida Statutes 760 et seq., as amended for racial discrimination, gender discrimination and retaliation for having complained of racial and gender discrimination.

## PARTIES

2. Plaintiff Harris, an African American female, is an individual residing in Sebring, Florida.

3. At all relevant times, Plaintiff Harris was an employee of Defendant Geo Care, LLC.

4. On information and belief, Defendant Geo Care, LLC is an out of state corporation authorized to do business in Florida.

5. At all times relevant to the allegation in this Complaint, Defendant Geo Care, LLC operated from a facility in Arcadia, Florida called Florida Civil Commitment Center.

6. At all relevant times, Defendant Geo Care, LLC. employed more than 15 employees.

**JURISDICTION AND VENUE**

7. This Court has jurisdiction over this matter pursuant to The Civil Rights Act of 1964, 78 Stat. 241as well as The Florida Civil Rights Act F.S. § 706.01 *et sec.* as amended.

8. The United States District Court or the Middle District of Florida in and for Ft. Myers, Florida is the proper venue for this action pursuant to the above and because this is the Circuit in which a substantial part of the events or omissions giving rise to the claims occurred.

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**

9. Prior to filing this action, Plaintiff Harris timely filed her written charge under oath asserting racial discrimination, gender discrimination and retaliation with the Equal Employment Opportunity Commission (EEOC) within the appropriate number of days by filing concurrently with the Florida Commission on Human Relations (FCHR). A copy of said charge along with the corresponding Notice of Rights is attached hereto and marked Exhibit "A." Said Exhibit "A" is incorporated herein as though set forth in full. Said EEOC failed to effect voluntary compliance with the requirements of the Civil Rights Act on the part of said Defendant Geo Care, LLC. through conciliation, conference and persuasion. Plaintiff Harris also filed concurrently with the FCHR in conformity with the law.

## **FACTUAL BACKGROUND**

10. Plaintiff Harris' employment background includes beginning to work for Defendant Geo Care, LLC. in 2001.

11. Plaintiff Harris worked for Defendant Geo Care, LLC. as a security technician.

12. Plaintiff Harris had past employment experience in this field.

13. Plaintiff Harris was fired in a discriminatory termination on or about December 3, 2013.

14. Throughout her employment with Defendant GEO Care, LLC., Plaintiff Harris met and/or exceeded Defendant Geo Care's expectations.

15. Plaintiff Harris was fired, but at least three white male employees with DUI convictions were allowed to remain employed, demonstrating disparate treatment/impact.

16. Plaintiff Harris and another female black employee were routinely exetensively searched upon entry to the facility where employees of other races and genders were not.

17. The black female's car was searched twice in one day, humiliating these employees, including Plaintiff Harris.

## **COUNT I: RACIAL DISCRIMINATION**

18. Plaintiff Harris realleges and incorporates in this Count I paragraphs 1-17.

19. Plaintiff Harris' race was a determining factor in Defendant Geo Care's decision to terminate her.

20. Defendant Geo Care, LLC. knowingly and willfully discriminated against Plaintiff Harris on the basis of her race in violation of the Florida Civil Rights Act as amended.

## COUNT II: RACIAL DISCRIMINATION

21. Plaintiff Harris realleges and incorporates in this Count I paragraphs 1-17.

22. Plaintiff Harris' race was a determining factor in Defendant Geo Care's decision to terminate her.

23. Defendant Geo Care, LLC. knowingly and willfully discriminated against Plaintiff Harris on the basis of her race in violation of The Civil Rights Act of 1964, as amended.

## COUNT III: RETALIATION

24. Plaintiff Harris realleges and incorporates in this Count III paragraphs 1-17.

25. Plaintiff Harris complained to Defendant Geo Care, LLC. of race discrimination against herself as well as another balck female employee.

26. On or about December 2, 2013, Plaintiff Harris was terminated from Defedant Geo Care, LLC.

27. Defendant Geo Care, LLC. refused to rehire Plaintiff Harris for her position.

28. Defendant Geo Care, LLC's termination and refusal to rehire Plaintiff Harris for her position was in retaliation against Plaintiff Harris for her having complained of racial and gender discrimination and retalliation in violation of the Florida Civil Rights Act.

## COUNT IV: RETALIATION

29. Plaintiff Harris realleges and incorporates in this Count III paragraphs 1-17.

30. Plaintiff Harris complained to Defendant Geo Care, LLC. of race discrimination against herself as well as another black female employee.

31. On or about December 3, 2013, Plaintiff Harris was terminated from Defendant Geo Care, LLC.

32. Defendant Geo Care, LLC. refused to rehire Plaintiff Harris for her position.

33. Defendant Geo Care, LLC's termination and refusal to rehire Plaintiff Harris for her position was in retaliation against Plaintiff Harris for her having complained of racial and gender discrimination and retalliation in violation of The Civil Rights Act of 1964.

**WHEREFORE**, Plaintiff Harris respectfully requests the following relief:

Entry of judgment in favor of Plaintiff Harris and against Defendant Geo Care, LLC.;

1. Back pay;

2. Reinstatement, or in the alternative, front pay;

3. Liquidated damages;

4. Attorneys fees and costs; and

5. Other such relief as may be appropriate to effectuate The Civil Rights Act of 1964 and The Florida Civil Rights Act.

**JURY DEMAND**

Plaintiff Harris herein demands a trial by jury of all issues in this action.

Dated this 16th day of March, 2016.

Kevin F. Sanderson, Esq.
Florida Bar No. 598488

KEVIN F. SANDERSON, CHARTERED
690 South Tamiami Trail
Osprey, Florida 34229
Tel: (941) 244-0468
Fax: (941) 219-4224
kevin@srqattorney.com
Trial Counsel for Plaintiff Harris